AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 19 2015

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## UNITED STATES DISTRICT COURT
for the

Fred Smith For Constituents of 50th District / Fred Smith P.O Box 308 of Arkansas State / Crawfordsville Ark 72327
_____
Plaintiff/Petitioner
v.
Mark Martin - Board of Arkansas Election Commission
_____
Defendant/Respondent

)
)
)   Civil Action No. 4:15-cv-00521 JM/BD
)
)
)

### APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:



My gross pay or wages are: $ 0 , and my take-home pay or wages are: $ 0 per

*(specify pay period)* _____.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment     ☐ Yes    ☒ No
(b) Rent payments, interest, or dividends              ☐ Yes    ☒ No
(c) Pension, annuity, or life insurance payments       ☐ Yes    ☒ No
(d) Disability, or worker's compensation payments      ☐ Yes    ☒ No
(e) Gifts, or inheritances                             ☐ Yes    ☒ No
(f) Any other sources                                  ☐ Yes    ☒ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*



AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ __0 (unemployed)__ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

2005 Motorless Ford expidition.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Living with Family

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

Fred Smith Jr.

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

None

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____

_____
Applicant's signature

Frederick Smith
Printed name

# DISTRICT COURT OF THE UNITED STATES
## NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

Case:_____

48 *************************************************** 48

## DECLARATION
### OF
## Exempt Filing Fee Status

48 *************************************************** 48

The Citizens of the United States Government, not United States of America, does make this Declaration that the "<u>Citizens</u>" of the said district are exempt from cost, filing fees and charges imposed by any courts, boards of law pursuant to and according to:

1. Constitution of the United States Article 4, sec. 2
2. **Hague Convention,**
3. **State Department of the United States**
   "The citizens of each State shall be entitled to all privileges and immunities of citizens in the several States."
4. 7th Amendment
   "In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved …"

<u>**Right**</u>: Political Right…the right of petition. Blacks 3rd Ed. P. 524; Winnet v. Adam, 71 Neb. 817, 99 N. W. 681: see Black's Law Dictionary 7th Ed. Pg.1487-1488:

5. 1st Amendment Constitution of the United States:
   "…the right of the people…to Petition the Government for a redress of grievances".

**Petition**: A formal written application to a court requesting judicial action on a certain matter. A recital of facts which gives rise to a cause of action"

6. Title 8 USC 1503 (a):
   "If any person who is within the United States claims a RIGHT or PRIVILEGE as a National of the United States – 8 USC 1101(a) (22), and is denied such right or privilege by any department or independent agency or official thereof, upon the grounds that he is not a national of the United States, such person may institute a action under the provisions of section 2201 of titled 28, United States

codes…against the head of such department of independent agency for a judgment declaring him to be a national of the United States…"

Privilege: "A particular and peculiar benefit or advantage enjoyed by a person, Company, or **CLASS**, beyond the Common advantage of other Citizens. An exceptional or extraordinary power or exemption. A peculiar right, advantage, exemption, power, franchise, or immunity held by a person or class, not generally possessed by others".

    7     14th Amendment
"No State shall make or enforce any law which shall abridge the privileges and immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property without due process of law, nor deny to any person protection of the law".

The term "Right" is nowhere defined as a filing fee, Payment, charge, burden or tax and is in violation of Constitution of the United States herein asserted. As a Foreign National Preamble-Posterity …Citizen of the United States [whose ancestors additionally served in the Army and Navy of United States] We, claim, inter alia, the Right or Grand Fathering or Grandfather Clause.

As a "National of the United States" I have claimed the Right and Privilege so indicated in 8 USC 1503 (a), inter alia, here in named and when challenged by anyone in the department of the Clerk of court, action pursuant to 8 USC 1503(a) against the head of such department in accordance with 8 USC 2201 shall be initiated.

This __ day of ____Aug.____ 2015.

Constituents of 50th District of Arkansas State
By State Representative
Fred Smith