IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FRED SMITH for Constituents of
50th District of Arkansas State                                                               PLAINTIFF

VS.                                          NO. 4:15cv521  JM

ARKANSAS BOARD OF ELECTION
COMMISSIONERS, ET AL.                                                                  DEFENDANTS

ORDER

This action is referred to United States Magistrate Judge Beth Deere for disposition or recommended disposition, as appropriate, of all pretrial matters.

IT IS SO ORDERED this 25th day of August, 2015.

_____
James M. Moody
United States District Judge