IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**FRED SMITH**                                                                                              **PLAINTIFF**

V.                                        CASE NO. 4:15-CV-00521 JM/BD

**ARKANSAS BOARD OF
ELECTION COMMISSIONERS, et al.**[1]                                   **DEFENDANTS**

### ORDER

Plaintiff Fred Smith filed this case *pro se*, along with an application to proceed *in forma pauperis*. (Docket entries #1 and #2)  Judge James M. Moody Jr. has referred the case to this Court for disposition of all pretrial matters.  (#3)  Mr. Smith's motion to proceed *in forma pauperis* is GRANTED.  The Clerk of the Court is directed to prepare summonses for the Arkansas Board of Election Commissioners, Cross County Election Commission, Crittenden County Election Commission, Mike Beebe, and Secretary of State Mark Martin.  Service on Mary McGowan is not appropriate at this time.  The United States Marshal is directed to serve the summons, complaint, and this order on the defendants and the Arkansas Attorney General, without prepayment of fees and costs.

IT IS SO ORDERED, this 28th day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] In his complaint, Mr. Smith names the "Crittenden County Commission" as a defendant. It is clear from the record of the state litigation referenced in the complaint, however, that the Crittenden County Election Commission is the proper defendant.  Accordingly, the Clerk is instructed to correct the docket to substitute "Crittenden County Election Commission" for "Crittenden County Commission."