IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**FRED SMITH**                                                                                               **PLAINTIFF**

**V.**                             **CASE NO. 4:15-CV-00521 JM/BD**

**ARKANSAS BOARD OF
ELECTION COMMISSIONERS, et al.**                                          **DEFENDANTS**

## ORDER

A Partial Recommended Disposition by Magistrate Judge Beth Deere has been filed, and no objections have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

Defendant Mary McGowan is hereby DISMISSED from the lawsuit, with prejudice.

IT IS SO ORDERED this 14, day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE