IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**FRED SMITH**                                                                                    **PLAINTIFF**

V.                                    **CASE NO. 4:15-CV-00521 JM/BD**

**ARKANSAS BOARD OF**
**ELECTION COMMISSIONERS, et al.**                                    **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. Mr. Smith has not filed any objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendants Mark Martin, Arkansas Board of Election Commissioners, and Mike Beebe's motions to dismiss for lack of jurisdiction (#25, #32) are GRANTED, Plaintiffs' complaint against all of the Defendants is DISMISSED with prejudice, under Federal Rule of Civil Procedure 12(b)(1) for lack of jurisdiction; and all other pending motions (#36, #38, #40, #43, #44, #45) are DENIED as moot.

IT IS SO ORDERED this 5th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE