IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**FRED SMITH**                                                                                    **PLAINTIFF**

**V.**                         **CASE NO. 4:15-CV-00521 JM/BD**

**ARKANSAS BOARD OF**
**ELECTION COMMISSIONERS, et al.**                                       **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 5th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE